Eastern District of Kentucky
**FILED**
MAR 2 6 2014
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 13-27-WOB

JUDY VAN SCHUYVER            PLAINTIFF

V.

BWF AMERICA, INC.            DEFENDANT

## AGREED ORDER OF DISMISSAL

A settlement conference was held on March 13, 2014, before Magistrate Judge J. Gregory Wehrman with the following appearances: plaintiff Judy Van Schuyver, along with her attorney, Teresa Cunningham; and Roger Ruble, representative for defendant BWF America, Inc., along with defendant's attorney, Steve Richey. The parties have advised the Court that all matters in controversy have been amicably resolved, accordingly;

**IT IS ORDERED AND ADJUDGED** that the complaint be dismissed with prejudice, each party to pay their own costs.

This 26th day of March, 2014.

_William O. Bertelsman_
WILLIAM O. BERTELSMAN, JUDGE

1

HAVE SEEN AND APPROVED:

_____
JUDY VAN SCHUYVER, Plaintiff

_____
TERESA CUNNINGHAM, Attorney for Plaintiff

_____
STEVE RICHEY, Attorney for Defendant

2